UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

**07CRIM. 675**

UNITED STATES OF AMERICA

:

NOTICE OF INTENT TO FILE
A FELONY INFORMATION

-v.-

STEVEN FABRE,
          Defendant.

: 06 Mag. 1638

**JUDGE SCHEINDLIN**

- - - - - - - - - - - - - - - - - -x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
             July ___, 2007

                        MICHAEL J. GARCIA
                        United States Attorney

            By: _____
                 Michael Farbiarz
                 Assistant United States Attorney

                        AGREED AND CONSENTED TO:

            By: _____
                 G. Garber
                 Attorney for S. Fabre

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/07