```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    INFORMATION

           - v. -                     :    07 Cr. 675

STEVEN FABRE,                         :

                    Defendant.        :

- - - - - - - - - - - - - - - - - - - - - x
```

### COUNT ONE

The United States Attorney charges:

1.      From on or about December 1, 2005 through on or about December 1, 2006, in the Southern District of New York, STEVEN FABRE, the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, 5 grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

   (Title 21, United States Code, Sections 812, 841(a)(1), and
   841(b)(1)(B), and Title 18, United States Code, Section 2.)

                                    _____
                                    MICHAEL J. GARCIA
                                    United States Attorney