```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA,        :
                                 :
      - v -                      :
                                 :         WAIVER OF INDICTMENT
                                 :
STEVEN FABRE,                    :
                                 :         07 CRIM 675 (SAS)
            Defendant.           :
                                 :
- - - - - - - - - - - - - - - - x
```

JUDGE SCHEINDLIN

     The above-named defendant, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
         July 24, 2007

0202



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7 4 2007