# GLENN A. GARBER, P.C.

**ATTORNEY AT LAW**

GLENN A. GARBER*

350 BROADWAY, SUITE 1207, NEW YORK, NY 10013

TEL: 212-965-9370  FAX: 212-965-9375

(*ADMITTED IN N.Y. & N.J.)

November 5, 2007

**By Fax 212-805-7920**
Honorable Shira A. Scheindlin
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

NOV - 5 2007

USDC SDNY

11/6/07

  Re: United States v. Steven Fabre
    Dkt. No. 07 Cr. 675-01 (SAS)

Dear Judge Scheindlin:

  An unexpected family matter has arisen which poses a conflict for me for the sentencing currently scheduled for November 8, 2007. As such, it is requested that the matter be adjourned for a date after November 19, 2007.

  The government has been notified and does not object to this request.

  Thank you for your consideration.

Respectfully submitted,

Glenn A. Garber

cc: **By Facsimile**
  AUSA Michael E. Farbiarz
  (212-637-0412)

*[Handwritten:]* Request granted. Sentence adjourned to November 21 at 10:30 a.m. So Ordered. [signature] USDJ 11/6/07